UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CLAUDIO LUIZ VOLPE ROHRSETZER, TATIANA BARBOSA LEITE PEREIRA, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al., <br><br>　　　　Defendants. | No. 1:13-CV-2313 NJV <br><br> ORDER DISMISSING CASE |

On June 18, 2013, the parties filed a joint stipulation of voluntary dismissal of this action, with each party to bear its own costs and fees. (Doc. 4.) The court finds that this case is properly dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), based on the stipulation of all parties who have appeared. Accordingly, this action is HEREBY DISMISSED. The Clerk of the Court is directed to close the case.

Dated: June 20, 2013

　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge